IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES HERNANDEZ,<br><br>           Petitioner,<br><br>      vs.<br><br>JOE McGRATH, Warden,<br><br>           Respondent._____/ | CASE NO. CV-F-04-6352 OWW SMS HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT PROBATION REPORT TO COURT |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   This case is ready for review on the merits.  In its answer, Respondent cites to the probation officer's report.  However, the report was not provided to this Court; presumably because it is confidential.  If so, Respondent can submit the report under seal pursuant to this Court's Local Rules.  Accordingly, within **five (5)** days from the date of service of this order, Respondent shall submit a copy of the probation officer's report, under seal, if so required.

IT IS SO ORDERED.

**Dated:    October 12, 2005**                    **/s/ Sandra M. Snyder**
icido3                                                     UNITED STATES MAGISTRATE JUDGE