UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES HERNANDEZ, ) | 1:04-cv-06352-OWW-SMS-HC |
| Petitioner, ) | **ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF** |
| v. ) | **PROBATION REPORT** (Doc. 20) |
| JOE McGRATH, Warden, ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18) |
| Respondent. ) | **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| ) | **ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 12, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court enter judgment in favor of Respondent. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On February 6, 2006, Petitioner filed objections to the Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

On February 27, 2006, Petitioner filed a motion to unseal the probation report and serve a copy on him. (Court Doc. 20.) It appears that Petitioner is under the impression that because the probation report is filed under seal, he is not entitled to receive a copy of it; however, the probation report being filed under seal merely prevents the public from viewing such document and does not prevent the Court from sending a copy to Petitioner. Based on this, the Court denies Petitioner's request to unseal the probation report and will direct the Clerk of Court to serve a copy of the probation report on Petitioner.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send Petitioner a copy of the probation report filed under seal in this case;
2. The Findings and Recommendations, filed January 12, 2006, are ADOPTED IN FULL;
3. The Petition for Writ of Habeas Corpus is DENIED; and,
4. The Clerk of Court enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:   March 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE