UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOSEPH MOISES HERNANDEZ,

vs.

JOE McGRATH,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-04-6352 OWW/SMS HC

---

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_   Granted for the following reason:

_____
_____
_____

__X__   Denied for the following reason:

NO ISSUE PRESENTED THAT IS DEBATEABLE AMONG JURISTS OF REASON
_____

Dated: 4-24-06

OLIVER W. WANGER
United States District Judge